UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT, | No. 2:24-cv-2983 CSK P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. NARANJO, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed

application to proceed in forma pauperis on the form provided by the Clerk of Court, including the certification completed by a jail official, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: November 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wrig2983.3c+.new