UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT, | No. 2:24-cv-2983 CSK P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. NARANJO, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On November 20, 2024, plaintiff was ordered to submit a completed in forma pauperis application and a certified copy in support of the application. On December 17, 2024, plaintiff filed a second application to proceed in forma pauperis, but it is still missing the certificate signed by an authorized officer, and no certified trust account statement was filed. (ECF No. 6.) In his accompanying letter, plaintiff indicated he is having difficulties obtaining the jail's certification and seeks an additional sixty days to obtain the required documents. (ECF No. 7.) Good cause appearing, plaintiff's request is granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 7) is granted.

///

1

2. Plaintiff shall submit, within sixty days from the date of this order, a completed application to proceed in forma pauperis on the form provided by the Clerk of Court, including the certification completed by a jail official, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 8, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wrig2983.36