UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER J. NARANJO,<br><br>　　　　　Defendant. | No. 2:24-cv-2983 CSK P<br><br><br>ORDER |

    Plaintiff filed a first motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: May 14, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wrig2983.36b