UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER J. NARANJO,<br><br>　　　　　Defendants. | No.  2:24-cv-2983 CSK P<br><br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

　　　　By order filed April 9, 2025, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted.  On May 14, 2025, plaintiff was granted an additional thirty days in which to file an amended complaint.  Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　　In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

　　　　IT IS RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 7, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wrig2983.fta