UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. NARANJO,<br><br>　　　　　Defendant. | No. 2:24-cv-2983 DC CSK P<br><br><br>ORDER |

Plaintiff is a county jail inmate proceeding pro se and in forma pauperis. On August 14, 2025, this action filed under 42 U.S.C. § 1983 was dismissed without prejudice, and judgment was entered. (ECF Nos. 15, 16.) On August 14, 2025, plaintiff filed a request for the money he has paid toward the Court's filing fee be refunded to him because his case was dismissed.

On April 9, 2025, the Sheriff of Solano County was directed to withdraw from plaintiff's inmate trust account payments toward the court's $350.00 filing fee. Litigants proceeding in forma pauperis are required to pay the court's filing fee to commence a civil rights action, but are allowed to pay it in installments. See 28 U.S.C. §§ 1914(a), 1915(a), (b). In other words, litigants are required to pay a filing fee to open an action in federal court, and this requirement is not tied to, or contingent upon, the outcome of the case.

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's request to return the money
2   withdrawn from his inmate trust account to pay the Court's filing fee (ECF No. 17) is denied.

Dated: August 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wrig2983.ref.fee